IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| BARNEY CRUTCHFIELD, <br> Reg. No. 25903-017, <br><br> Plaintiff, <br><br> v. <br><br> STACEY FLEINER, *et al.,* <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 2:21-CV-515-WHA-JTA <br> ) (WO) <br> ) <br> ) <br> ) |

**ORDER**

On December 16, 2021, the Magistrate Judge entered a Recommendation (Doc. 35) to which no timely objections have been filed. After an independent review of the file and upon consideration of the Recommendation, and for good cause, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. 35) is ADOPTED;

2. Plaintiff's motion to certify the case as a class action (Doc. 34) is DENIED.

3. This case against is referred back to the Magistrate Judge for further proceedings.

DONE this 15th day of February, 2022.

   /s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE