IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| BARNEY CRUTCHFIELD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:21cv515-MHT |
| | ) | (WO) |
| STACEY FLEINER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## OPINION

Plaintiff, a prisoner, filed this lawsuit asserting that he was subjected to unconstitutional conditions of confinement in a federal prison and that federal employees violated his rights to equal protection and due process by denying his requests for home confinement under the Coronavirus Aid, Relief, and Economic Security Act of 2020 ("CARES Act"). This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion to dismiss be granted. There are no objections to the recommendation. After an independent and de

novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 11th day of July, 2024.

                                     /s/ Myron H. Thompson
                                UNITED STATES DISTRICT JUDGE