IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
BARNEY CRUTCHFIELD,          )
                             )
     Plaintiff,              )
                             )        CIVIL ACTION NO.
     v.                      )          2:21cv515-MHT
                             )              (WO)
STACEY FLEINER, et al.,      )
                             )
     Defendants.             )
```

### JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 46) is adopted.

(2) Defendants' motion to dismiss (Doc. 28) is granted as follows.

(3) Plaintiff's Eighth Amendment conditions of confinement claim is dismissed without prejudice because plaintiff failed to exhaust his available administrative remedies for this claim.

(4) Plaintiff's claims challenging the defendants' denial of his home-confinement request are dismissed with prejudice, because a remedy is unavailable for such claims under *Bivens v. Six Unknown Fed. Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971).

It is further ORDERED that costs are taxed against plaintiff, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 11th day of July, 2024.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE